# EXHIBIT A

**EXHIBIT A**

1  KARIMAH J. LAMAR, Bar No. 246862
   LITTLER MENDELSON, P.C.
2  501 W. Broadway
   Suite 900
3  San Diego, CA 92101.3577
   Telephone: 619.232.0441
4
   Attorneys for Defendants
5  SMITH SECKMAN REID, INC. and
   AND CONAGRA BRANDS, INC.
6

7              SUPERIOR COURT OF CALIFORNIA

8                  COUNTY OF STANISLAUS

| | |
|---|---|
| ROBERT MISKA,<br><br>            Plaintiff,<br><br>      v.<br><br>ENGINEERING AUTOMATION & DESIGN, INC. dba EAD MANAGEMENT SERVICES, INC., a Nebraska corporation; SMITH SECKMAN REID, INC., a Tennessee corporation; CONAGRA BRANDS, INC., a Delaware corporation; and DOES 1-50,<br><br>            Defendants. | Case No. CV-20-003027<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE SONNY S. SANDHU<br><br>**DEFENDANTS SMITH SECKMAN REID, INC. AND CONAGRA BRANDS, INC.'S NOTICE TO STATE COURT AND ADVERSE PARTIES OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br>Trial Date: Not Set<br>Complaint Filed: July 14, 2020 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF ROBERT MISKA, AND HIS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on August 21, 2020, Defendants Smith Seckman Reid, Inc. and Conagra Brands, Inc. ("Defendants"), filed a Notice of Removal to Federal Court of this action from State Court pursuant to 28 U.S.C. sections 1332, 1441, and 1446, a copy of which is attached, without the exhibits, as **Exhibit 1**, in the United States District Court for the Eastern District of California.

PLEASE TAKE FURTHER NOTICE that, by filing said Notice to Federal Court in the United States District Court, and by the filing this Notice and a copy of the Notice to Federal Court, the above-entitled action has been removed from this Court to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. sections 1332, 1441, and 1446, and this Court may proceed no further unless the case is remanded.

Dated:   August 21, 2020

_____
KARIMAH J. LAMAR
LITTLER MENDELSON, P.C.
Attorney for Defendants
SMITH SECKMAN REID, INC.
AND CONAGRA BRANDS, INC.

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101
619.232.0441

2.

DEFENDANTS SMITH SECKMAN REID, INC. AND CONAGRA BRANDS, INC'S NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

# PROOF OF SERVICE

## STATE OF NEVADA, COUNTY OF CLARK

I am employed in the County of Clark, State of Nevada. I am over the age of 18 and not a party to the within action; my business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, NV 89169.

On August 21, 2020, I served the foregoing document(s) described as **DEFENDANTS SMITH SECKMAN REID, INC. AND CONAGRA BRAND, INC.'S NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** on the interested parties in this action addressed as follows:

David D. Cardone
Christine Y. Dixon
DUNN DESANTIS WALT & KENDRICK, LLP
750 B Street, Suite 2620
San Diego, CA 92101
DCardone@ddwklaw.com
CDixon@ddwklaw.com

☒   BY ELECTRONIC SERVICE: I caused the above-entitled document to be served by e-mail addressed to all parties appearing on the service list for this case. A copy of the Receipt Page/Confirmation will be maintained with the original document in this office.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 21, 2020 at Las Vegas, Nevada.

_____
Jacquelin Ierien

4845-7672-7239.1 102376.1001

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101
619.232.0441

3.
DEFENDANTS SMITH SECKMAN REID, INC. AND CONAGRA BRANDS, INC'S NOTICE TO STATE COURT
AND ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT