REBECCA ARAGON, Bar No. 134496
LITTLER MENDELSON, P.C.
633 W. Fifth St.
63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300

KARIMAH J. LAMAR, Bar No. 246862
LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101
Telephone: 619.232.0441

Attorney for Defendants
SMITH SECKMAN REID, INC. and
CONAGRA BRANDS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MISKA,<br><br>  Plaintiff,<br><br>  v.<br><br>ENGINEERING AUTOMATION & DESIGN, INC. dba EAD MANAGEMENT SERVICES, INC., a Nebraska corporation; SMITH SECKMAN REID, INC., a Tennessee corporation; CONAGRA BRANDS, INC., a Delaware corporation; and DOES 1-50,<br><br>  Defendants. | Case No.<br><br>(Stanislaus County Superior Court Case No. CV-20-003027)<br><br>**DECLARATION OF KARIMAH J. LAMAR IN SUPPORT OF DEFENDANTS SMITH SECKMAN REID, INC. AND CONAGRA BRANDS, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>[28 U.S.C. §§ 1331, 1332, 1441, and 1446]<br><br>Complaint Filed: July 14, 2020 |

## DECLARATION OF KARIMAH J. LAMAR

I, Karimah J. Lamar, declare as follows:

1. I am an attorney at law, licensed to practice in the State of California and before the United States District Court for the Eastern District of California. I am an attorney with the law firm of Littler Mendelson, P.C., counsel of record for Defendant Smith Seckman Reid, Inc. ("SSR") and Conagra Brands, Inc. ("Conagra")(collectively, "Defendants"). I make this Declaration in support of Defendants' Notice of Removal to Federal Court ("Notice of Removal"). All of the information set forth herein is based on my personal and firsthand knowledge or based on information and documents retained by our firm in the regular course of its business operations, and if called and sworn as a witness, I could and would competently testify thereto.

2. Plaintiff Robert Miska filed his Complaint on July 14, 2020, in Superior Court of the State of California for the County of Stanislaus in which he alleged nine causes of action. A true and correct copy of the Complaint is attached to the Notice of Removal as **Exhibit B**.

3. On July 22, 2020, SSR was served the Summons, Complaint, Civil Case Cover Sheet, Notice of Case Management Conference, and Rule 3.110 of the California Rules of Court. A true and correct copy of these additional documents are attached to the Notice of Removal as **Exhibit C**.

4. On July 23, 2020, Conagra was served the Summons, Complaint, Civil Case Cover Sheet, Notice of Case Management Conference, and Rule 3.110 of the California Rules of Court. A true and correct copy of these documents are attached to the Notice of Removal as **Exhibit D**.

5. On August 18, 2020, SSR was served the First Amended Complaint ("FAC"). A true and correct copy of the FAC is attached to the Notice of Removal as **Exhibit E**.

6. On August 18, 2020, Conagra was served FAC. A true and correct copy of the FAC is attached to the Notice of Removal as **Exhibit F**.

2.

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101
619.232.0441

DECLARATION OF KARIMAH J. LAMAR IN SUPPORT OF DEFENDANTS SMITH SECKMAN REID, INC. AND CONAGRA BRANDS, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT

7. On August 20, 2020, Defendants filed their Answer in Stanislaus County Superior Court. A true and correct copy of SSR's Answer with proof of filing is attached as **Exhibit G**. A true and correct copy of Conagra's Answer with proof of filing is attached as **Exhibit H**.

8. Defendants will file their Notice to State Court and Plaintiff of Removal no later than August 24, 2020. A true and correct copy of the unfiled Notice is attached as **Exhibit A.**

9. Pursuant to 28 U.S.C. section 1446 subsection a, Exhibits A through G constitute all processes, pleadings, and orders filed in the state court action. To the best of Defendants' knowledge, no further documents from the state court action have been filed by Plaintiff. Nor have any other documents been filed in the state court action by Defendants.

10. As of the date of this Notice of Removal all named Defendants have been properly served. I spoke with Benjamin Hase, counsel for Engineering Automation & Design, Inc. dba EAD Management Services, Inc. on August 19, 2020, and he confirmed that EAD was served with the First Amended Complaint

11. A copy of this Notice of Removal will be filed with the Clerk of the Stanislaus County Superior Court, and served upon all parties, as required by 28 U.S.C. section 1446 subsection d.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 21, 2020 at San Diego, California.

_____
KARIMAH J. LAMAR

4818-9509-9848.1 102376.1001

DECLARATION OF KARIMAH J. LAMAR IN SUPPORT OF DEFENDANTS SMITH SECKMAN REID, INC. AND CONAGRA BRANDS, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101
619.232.0441