REBECCA ARAGON, Bar No. 134496
LITTLER MENDELSON, P.C.
633 W. Fifth St.
63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300

KARIMAH LAMAR, Bar No. 246862
LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101
Telephone: 619.232.0441

Attorneys for Defendants
SMITH SECKMAN REID, INC.
AND CONAGRA BRANDS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT MISKA, | Case No. |
|---|---|
| Plaintiff, | (Stanislaus County Superior Court Case No. CV-20-003027) |
| v. | |
| ENGINEERING AUTOMATION & DESIGN, INC. dba EAD MANAGEMENT SERVICES, INC., a Nebraska corporation; SMITH SECKMAN REID, INC., a Tennessee corporation; CONAGRA BRANDS, INC., a Delaware corporation; and DOES 1-50, | **DECLARATION OF SUSAN OSTERBERG IN SUPPORT OF DEFENDANTS SMITH SECKMAN REID, INC. AND CONAGRA BRANDS, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT** |
| Defendants. | [28 U.S.C. §§ 1331, 1332, 1441, and 1446] |
| | Complaint Filed: July 14, 2020 |

## DECLARATION OF SUSAN OSTERBERG

I, Susan Osterberg, declare as follows:

1. I am employed by Defendant Smith Seckman Reid, Inc. as its Chief Administrative Officer. I personally know of the facts set forth in this declaration or I have knowledge of such facts based on my review and knowledge of business records and files and, if called as a witness, could and would testify competently to these facts under oath. This Declaration is made to support of Smith Seckman Reid, Inc. ("SSR, Inc.") and Conagra Brands, Inc.'s (collectively, "Defendants") Notice of Removal.

2. SSR, Inc's principal place of business is Nashville, Tennessee and that is also where it maintains its headquarters.

3. SSR, Inc.'s directors and stockholders meet in Nashville, Tennessee.

4. SSR, Inc.'s high-level officers direct, control, and coordinate the corporation's activities from its corporate headquarters in Nashville, Tennessee.

5. SSR, Inc.'s makes and implements company-wide operating, financial, marketing, development, accounting, and legal policy decisions from its headquarters in Nashville, Tennessee.

6. SSR, Inc.'s general counsel resides in and has an office in Nashville, Tennessee.

7. SSR, Inc.'s administrative and financial records are maintained in the state of Tennessee.

8. Plaintiff Robert Miska was employed by SSR, Inc. from June 16, 2018, until he was terminated on December 4, 2019, and worked approximately 76 workweeks.

9. During Mr. Miska's employment, he was paid $42.71 per hour.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/ / /

/ / /

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101
619.232.0441

DECLARATION OF SUSAN OSTERBERG IN SUPPORT OF DEFENDANTS SMITH SECKMAN REID, INC. AND CONAGRA BRANDS, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT

Executed on August 19, 2020 at   Nashville  , Tennessee.

_____
SUSAN OSTERBERG

3.

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101
619.232.0441

DECLARATION OF SUSAN OSTERBERG IN SUPPORT OF DEFENDANTS SMITH SECKMAN REID, INC. AND CONAGRA BRANDS, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT