REBECCA ARAGON, Bar No. 134496
LITTLER MENDELSON, P.C.
633 W. Fifth St.
63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300

KARIMAH LAMAR, Bar No. 246862
LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101
Telephone: 619.232.0441

Attorneys for Defendants
SMITH SECKMAN REID, INC.
AND CONAGRA BRANDS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MISKA, <br><br> Plaintiff, <br><br> v. <br><br> ENGINEERING AUTOMATION & DESIGN, INC. dba EAD MANAGEMENT SERVICES, INC., a Nebraska corporation; SMITH SECKMAN REID, INC., a Tennessee corporation; CONAGRA BRANDS, INC., a Delaware corporation; and DOES 1-50, <br><br> Defendants. | Case No. <br><br> (Stanislaus County Superior Court Case No. CV-20-003027) <br><br> **DECLARATION OF CAREY BARTELL IN SUPPORT OF DEFENDANTS SMITH SECKMAN REID, INC. AND CONAGRA BRANDS, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT** <br><br> [28 U.S.C. §§ 1331, 1332, 1441, and 1446] <br><br> Original Complaint Filed: July 14, 2020 |

## DECLARATION OF CAREY BARTELL

I, Carey Bartell, declare as follows:

1. I am employed by Defendant Conagra Brands, Inc. ("CBI") as its Vice President and Chief Counsel, Litigation and Compliance. I personally know of the facts set forth in this declaration or I have knowledge of such facts based on my review and knowledge of business records and files and, if called as a witness, could and would testify competently to these facts under oath. This Declaration is made to support of Smith Seckman Reid, Inc. and Conagra Brands, Inc.'s (collectively, "Defendants") Notice of Removal.

2. CBI is organized under the laws of Delaware and maintains its principal place of business in Chicago, Illinois.

3. CBI maintains its headquarters and corporate office in Chicago, Illinois. CBI's management-level executives and corporate officers maintain offices and its corporate decisions are made through its Chicago headquarters.

4. CBI's general counsel resides in and has an office in Chicago, Illinois.

5. CBI's administrative and financial records are primarily kept in Chicago, Illinois, but it also keeps some records in Omaha. Nebraska.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 20, 2020 at Evanston, Illinois.

_____
CAREY BARTELL

2.

LITTLER MENDELSON, P.C.
633 W. Fifth Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

DECLARATION OF CAREY BARTELL IN SUPPORT OF DEFENDANTS SMITH SECKMAN REID, INC. AND CONAGRA BRANDS, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT