REBECCA ARAGON, Bar No. 134496
LITTLER MENDELSON, P.C.
633 W. Fifth St.
63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300

KARIMAH LAMAR, Bar No. 246862
LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101
Telephone: 619.232.0441

Attorneys for Defendants
SMITH SECKMAN REID, INC. and
CONAGRA BREANDS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MISKA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ENGINEERING AUTOMATION & DESIGN, INC. dba EAD MANAGEMENT SERVICES, INC., a Nebraska corporation; SMITH SECKMAN REID, INC., a Tennessee corporation; CONAGRA BRANDS, INC., a Delaware corporation; and DOES 1-50,<br><br>　　　　Defendants. | Case No.<br><br>(Stanislaus County Superior Court Case No. CV-20-003027)<br><br>**DEFENDANTS SMITH SECKMAN REID, INC. AND CONAGRA BRANDS INC.'S NOTICE OF INTERESTED PARTIES**<br><br>Complaint Filed: July 14, 2020 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE, that the undersigned, counsel of record for Defendants SMITH SECKMAN REID, INC. and CONAGRA BRANDS, INC. in the above-captioned matter, certify that the following list of parties or entities may have a pecuniary interest in the outcome of this case:

1. Plaintiff Robert Miska;
2. Engineering Automation & Design, Inc.;
3. EAD Management Services, Inc.;
4. Smith Seckman Reid, Inc.; and
5. Conagra Brands, Inc.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: August 21, 2020

REBECCA ARAGON
KARIMAH LAMAR
Attorneys for Defendant
SMITH SECKMAN REID, INC. and CONAGRA BRANDS, INC.

LITTLER MENDELSON, P.C.
633 W. Fifth Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

2.

DEFENDANT'S NOTICE OF INTERESTED PARTIES