1  David D. Cardone, Esq. (SBN 254954)
2  Christine Y. Dixon, Esq. (SBN 297496)
   DUNN DESANTIS WALT & KENDRICK, LLP
3  750 B Street, Suite 2620
   San Diego, CA 92101
4  Telephone:(619) 573-4488
   Facsimile: (619) 255-4868
5  DCardone@ddwklaw.com
   CDixon@ddwklaw.com

6  Attorneys for Plaintiff ROBERT MISKA, individually
7  and on behalf of all other Aggrieved Employees

8  Karimah J. Lamar, Esq. (SBN 246862)
   Littler Mendelson P.C.
9  501 West Broadway, Suite 900
   San Diego, CA 92101
10 Telephone: (619) 232-0441
   Facsimile: (619) 232-4302
11 KLamar@littler.com

12 Attorneys for Defendants SMITH SECKMAN REID,
   INC. and CONAGRA BRANDS, INC.

13 Joseph R. Lordan, Esq. (SBN 265610)
14 Benjamin Hase, Esq. (SBN 314288)
   Lewis Brisbois
15 1700 Lincoln Street, Suite 4000
   Denver, CO 90203
16 Telephone: (303) 861-7760
   Facsimile: (303) 861-7767
17 Joseph.Lordan@lewisbrisbois.com
   Benjamin.Hase@lewisbrisbois.com

18 Attorneys for Defendant ENGINEERING
19 AUTOMATION & DESIGN, INC., dba EAD
   MANAGEMENT SERVICES, INC.

20            **UNITED STATES DISTRICT COURT**

21           **EASTERN DISTRICT OF CALIFORNIA**

22 ROBERT MISKA, individually and          ) CASE NO. 1:20-cv-01183-AWI-BAM
   on behalf of all other Aggrieved        )
23 Employees,                              )
                                            ) **STIPULATION AND ORDER TO**
24       Plaintiff,                        ) **ELECT REFERRAL OF ACTION**
                                            ) **TO VOLUNTARY DISPUTE**
25 vs.                                     ) **RESOLUTION PROGRAM**
                                            ) **(VDRP) PURSUANT TO LOCAL**
26 ENGINEERING AUTOMATION &               ) **RULE 271**
   DESIGN, INC. dba EAD                    )
27 MANAGEMENT SERVICES, INC.,             )
   a Nebraska corporation, SMITH           )
28 SECKMAN REID, INC., a Tennessee        )

1

1   corporation, CONAGRA BRANDS,   )
    INC., a Delaware corporation, and   )
2   DOES 1 to 50,   )
                                        )
3          Defendants.   )

4

5          Pursuant to Local Rule 271, Plaintiff ROBERT MISKA and Defendants

6   ENGINEERING AUTOMATION & DESIGN, INC. dba EAD MANAGEMENT

7   SERVICES, INC., SMITH SECKMAN REID, INC., and CONAGRA BRANDS,

8   INC. (collectively referred to as the "Parties") hereby agree to submit the above-

9   entitled action to the Voluntary Dispute Resolution Program.

10

11   Dated: September 25, 2020        DUNN DESANTIS WALT & KENDRICK, LLP

12
                                      By:   /s/ Christine Y. Dixon
13                                          David D. Cardone
                                            Christine Y. Dixon
14                                          Attorneys for Plaintiff
                                            ROBERT MISKA
15
     Dated: September 25, 2020        LITTLER MENDELSON P.C.
16

17                                    By:   /s/ Karimah J. Lamar (as authorized on
                                            September 22, 2020)
18                                          Karimah J. Lamar
                                            Attorneys for Defendants
19                                          SMITH SECKMAN REID, INC. AND
                                            CONAGRA BRANDS, INC.
20
     Dated: September 25, 2020        LEWIS BRISBOIS
21

22                                    By:   /s/ Benjamin Hase (as authorized on
                                            September 24, 2020)
23                                          Joseph R. Lordan
                                            Benjamin Hase
24                                          Attorneys for Defendant
                                            ENGINEERING AUTOMATION &
25                                          DESIGN, INC., dba EAD
                                            MANAGEMENT SERVICES, INC.
26   / / /

27   / / /

28

                                         2

1

**ORDER**

2

The parties' stipulation does not address the requirements of Local Rule 271(i)(2).

3

Accordingly, the parties' request for referral to the Voluntary Dispute Resolution Program is

4

DENIED without prejudice.

IT IS SO ORDERED.

5

6

Dated:   **September 30, 2020**                    /s/ *Barbara A. McAuliffe*

7

UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3