David D. Cardone, Esq. (SBN 254954)
Christine Y. Dixon, Esq. (SBN 297496)
DUNN DESANTIS WALT & KENDRICK, LLP
750 B Street, Suite 2620
San Diego, CA 92101
Telephone: (619) 573-4488
Facsimile: (619) 255-4868
DCardone@ddwklaw.com
CDixon@ddwklaw.com

Attorneys for Plaintiff ROBERT MISKA, individually and on behalf of all other Aggrieved Employees

Karimah J. Lamar, Esq. (SBN 246862)
Littler Mendelson P.C.
501 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 232-0441
Facsimile: (619) 232-4302
KLamar@littler.com

Attorneys for Defendants SMITH SECKMAN REID, INC. and CONAGRA BRANDS, INC.

Joseph R. Lordan, Esq. (SBN 265610)
Benjamin Hase, Esq. (SBN 314288)
Lewis Brisbois
1700 Lincoln Street, Suite 4000
Denver, CO 90203
Telephone: (303) 861-7760
Facsimile: (303) 861-7767
Joseph.Lordan@lewisbrisbois.com
Benjamin.Hase@lewisbrisbois.com

Attorneys for Defendant ENGINEERING AUTOMATION & DESIGN, INC., dba EAD MANAGEMENT SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT MISKA, individually and on behalf of all other Aggrieved Employees,<br><br>  Plaintiff,<br><br>vs.<br><br>ENGINEERING AUTOMATION & DESIGN, INC. dba EAD MANAGEMENT SERVICES, INC., a Nebraska corporation, SMITH SECKMAN REID, INC., a Tennessee | CASE NO. 1:20-cv-01183-AWI-BAM<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF THE ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

1

corporation, CONAGRA BRANDS, )
INC., a Delaware corporation, and )
DOES 1 to 50, )
)
)
    Defendants. )

Pursuant to Local Rule 271, Plaintiff ROBERT MISKA and Defendants ENGINEERING AUTOMATION & DESIGN, INC. dba EAD MANAGEMENT SERVICES, INC., SMITH SECKMAN REID, INC., and CONAGRA BRANDS, INC. (collectively referred to as the "Parties") hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program ("VDRP").

In accordance with Local Rule 271(i)(2), the Parties hereby stipulate to the following:

1. This action was initially filed in Stanislaus County Superior Court on July 14, 2020.

2. This action was removed to the above-referenced federal District Court on or about August 21, 2020.

3. The Parties were ordered to appear for a Mandatory Scheduling Conference on December 8, 2020, at 8:30 a.m.

4. The Parties agree that this lawsuit could benefit from the VDRP process and the VDRP session will be completed within 120 days after the Order of the Magistrate Judge is entered with respect to this Stipulation;

5. The Parties agree that the Neutral must file a confirmation of the completion of the VDRP process within fourteen (14) days after the date the VDRP session concluded;

6. The Parties agree that the Parties' Joint VDRP Completion Report must be filed within 30 days after the date the VDRP session concluded;

7. The Parties agree that the Mandatory Scheduling Conference should be continued to 30 days after the Neutral files the confirmation of the completion of the

2

VDRP process in order to attempt resolution of this matter prior to the scheduling of any court conference dates;

8. The Parties agree that, prior to the VDRP session, they will exchange the following limited written discovery, the scope of which they will agree upon prior to the exchange: All other discovery and motion practice shall be stayed until the VDRP session is concluded; and

9. Accordingly, the Parties respectfully request that the Court refer this action to the VRDP.

**SO STIPULATED.**

Dated: October 16, 2020        DUNN DESANTIS WALT & KENDRICK, LLP

                                          By:   /s/ Christine Y. Dixon
                                                 David D. Cardone
                                                 Christine Y. Dixon
                                                 Attorneys for Plaintiff
                                                 ROBERT MISKA

Dated: October 16, 2020        LITTLER MENDELSON P.C.

                                          By:   /s/ Karimah J. Lamar (as authorized on October 16, 2020)
                                                 Karimah J. Lamar
                                                 Attorneys for Defendants
                                                 SMITH SECKMAN REID, INC. AND CONAGRA BRANDS, INC.

Dated: October 12, 2020        LEWIS BRISBOIS

                                          By:   /s/ Benjamin Hase (as authorized on October 12, 2020)
                                                 Joseph R. Lordan
                                                 Benjamin Hase
                                                 Attorneys for Defendant
                                                 ENGINEERING AUTOMATION & DESIGN, INC., dba EAD MANAGEMENT SERVICES, INC.

/ / /

/ / /

**ORDER**

Pursuant to the parties' stipulation and Local Rule 271, the parties appearing in this action have agreed to have the matter referred to the Court's Voluntary Dispute Resolution Program before beginning discovery. Therefore, IT IS HEREBY ORDERED:

1. The matter is referred to the Voluntary Dispute Resolution Program;

2. All case dates are **VACATED** and a scheduling conference will be set if it becomes necessary; and

3. The parties shall notify the Court within thirty (30) days of completing the Voluntary Dispute Resolution Program.

IT IS SO ORDERED.

Dated:  **October 20, 2020**          /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE