# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MISKA,<br><br>   Plaintiff,<br><br> v.<br><br>ENGINEERING AUTOMATION & DESIGN, INC., et al.,<br><br>   Defendants. | Case No. 1:20-cv-001183-AWI-BAM<br><br>ORDER DISCHARGING ORDER REQUIRING DEFENDANT ENGINEERING AUTOMATION & DESIGN, INC. TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR THE FAILURE TO COMPLY WITH MAY 7, 2021 ORDER AND WHY THEY SHOULD BE ALLOWED TO PARTICIPATE IN SETTLEMENT DISCUSSIONS<br><br>(ECF Nos. 26, 27) |

  On May 26, 2021, Defendant Engineering Automation & Design, Inc. was ordered to show cause why sanctions should not issue for the failure to submit his confidential statement in compliance with the May 7, 2021 order and why they should be allowed to participate in settlement discussions. (ECF No. 26.) Defendant Engineering Automation & Design, Inc. filed a response to the order to show cause apologizing for the failure to comply and stating it was due to an internal scheduling oversight. The response also states that Defendants Engineering Automation & Design, Inc. and ConAgra have settled the claims in this action and Defendant Engineering Automation & Design, Inc. requests to be excused from attending the settlement conference.

  Based on the response filed, IT IS HEREBY ORDERED that:

  1. The order to show cause filed on May 26, 2021 (ECF No. 26) is DISCHARGED;

  2. Defendant Engineering Automation & Design, Inc. is excused from attending the

settlement conference as the matter has settled as to them; and

3. The parties shall file dispositive documents as to Defendants Engineering Automation & Design, Inc. and ConAgra within thirty (30) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **May 26, 2021**

_____
UNITED STATES MAGISTRATE JUDGE