# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MISKA,<br><br>  Plaintiff,<br><br>  v.<br><br>ENGINEERING AUTOMATION & DESIGN, INC., et al.,<br><br>  Defendants. | Case No. 1:20-cv-01183-AWI-BAM<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS<br><br>(ECF No. 29) |

The Court conducted a settlement conference in this action before the undersigned on May 26, 201, at which Plaintiff and Defendant Smith Seckman Reid, Inc., reached a settlement agreement. (ECF No. 29.)

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositive documents as to Defendants Smith Seckman Reid, Inc., and Conagra Brands, Inc. within thirty (30) days of entry of this order.[1]

IT IS SO ORDERED.

Dated: __**May 26, 2021**__

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Engineering Automation & Design, Inc., and Defendant Conagra Brands, Inc., reached settlement prior to the settlement conference, and the Court has already ordered the parties to file dispositional documents as to these Defendants. (ECF No. 28.)