1
2
3
4
5              UNITED STATES DISTRICT COURT

6          FOR THE EASTERN DISTRICT OF CALIFORNIA

7

| | |
|---|---|
| ROBERT MISKA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ENGINEERING AUTOMATION & DESIGN,<br>INC., et al.,<br><br>                    Defendants. | Case No.  1:20-cv-01183-AWI-BAM<br><br>ORDER GRANTING REQUEST TO EXEND<br>TIME TO FILE DISPOSITIVE DOCUMENTS<br><br>(Doc. 32) |

On May 26, 2021, following notification of settlement, the Court directed the parties to

file documents as to Defendants Engineering Automation & Design, Inc. and ConAgra with

thirty (30) days.  (Doc. 28.)  Thereafter, following a settlement conference, the Court directed

the parties to file dispositive documents as to Defendants Smith Seckman Reid, Inc. and

Conagra Brands, Inc. within thirty (30) days.  (Doc. 30.)

On June 26, 2021, Plaintiff Robert Miska and Defendant Engineering Automation &

Design, Inc. filed a notice of settlement and requesting that the Court allow them until July 9,

2021 to file dispositive documents.  (Doc. 31.)

On July 9, 2021, the parties to this action filed a Joint Status Report requesting an

extension of the deadlines to file dispositive documents.  (Doc. 32.)  The parties explain that they

have worked diligently to draft, exchange, revise and finalize settlement documents and that they

are "very close to concluding the settlement documentation process."  (*Id.* at 2.)  The parties

indicate that they intend to file dispositive documents no later than July 30, 2021, and they

request an extension of time to do so.  (*Id.*)

1

Having considered the parties' joint statement, and cause appearing, the request for an extension of the deadlines to file dispositive documents is GRANTED. The parties shall file dispositive documents regarding Plaintiff's claims against Defendants no later than **July 30, 2021**.

IT IS SO ORDERED.

Dated:  **July 12, 2021**                    /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE