UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MISKA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENGINEERING AUTOMATION & DESIGN, INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01183-AWI-BAM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND APPROVING SETTLEMENT**<br><br>(Doc. Nos. 36, 42) |

　　　　Plaintiff Robert Miska and Defendants Smith Seckman Reid, Inc. ("SSR") and Conagra Brands, Inc. ("Conagra") filed a filed a Joint Motion and Motion for Approval of Settlement. (Doc. 36.) On August 9, 2022, the assigned magistrate judge issued findings and recommendations recommending that the joint motion be granted. (Doc. No. 42.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id.) No objections have been filed, and the time in which to do so has passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on August 9, 2022 (Doc. No. 42) are adopted in full;
2. The Joint Motion for Approval of Settlement (Doc. No. 36) is granted; and
3. Within fourteen (14) days of the date of this Order, the parties shall file appropriate documents to dismiss or conclude this matter in its entirety.

IT IS SO ORDERED.

Dated:   September 7, 2022                       _____
                                                  SENIOR DISTRICT JUDGE